**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**IN RE:**

    **SARA MALONE,**                       **CASE # 2:10-bk-56475**

                                                **CHAPTER 13**

    **Debtors.**

                                                **JUDGE HOFFMAN**

**SPECIAL LIMITED NOTICE OF APPEARANCE**
**AND REQUEST FOR NOTICE OF BEHALF OF**
**STATE OF OHIO, DEPARTMENT OF TAXATION**

PLEASE TAKE NOTICE that, on behalf of the State of Ohio, Department of Taxation, I, Stephen T. Wolfe, appear as counsel for the limited purpose of directing, pursuant to Fed. R. Bankr. P. 2002(g), that all notices given or required to be given in this case and all papers served or required to be served this, be given to and served at the address set forth for it in the scheduled and also at the following address:

                     Stephen T. Wolfe
                     Christopher M. Cooper, Co. L.P.A.
                     Special Counsel for Attorney General
                     3055 Cleveland Avenue
                     Columbus, Ohio 43224
                     Phone: (614) 447-0225
                     Fax:    (614) 447-8672
                     Email: wolfe.cooperlaw@gmail.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices referred to in Fed. R. Bankr. P. 2002, but also, without limitation, any orders, applications, motions, petitions, plans, pleadings, requests, complaints, or other papers which affect or seek to affect in any way the procedural or equitable rights or interest of the Department of Taxation.

This special limited notice of appearance is being filed for the sole purposes of notifying the Court and the parties of the address to be used for service of notices, orders, reports, and pleadings. The undersigned does not have the authority or capacity to waive

the sovereign immunity of the Department of Taxation or to consent to this Court's exercise of jurisdiction over the Department of Taxation or the State of Ohio.

Accordingly this special limited notice of appearance does not constitute a waiver of sovereign immunity by or on behalf of the Department of Taxation, the State of Ohio, or any or its other departments, agencies, boards, or other instrumentalities.

                                          Respectfully submitted,

                                          /s/ Stephen T. Wolfe
                                          Stephen T. Wolfe (0083894)
                                          Christopher M. Cooper, Co. L.P.A.
                                          Special Counsel for Attorney General
                                          3055 Cleveland Avenue
                                          Columbus, Ohio 43224
                                          Phone: (614) 447-0225
                                          Fax:    (614) 447-8672
                                          Email: wolfe.cooperlaw@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served upon the following parties by regular U.S. mail this 1st day of March, 2011:

Asst US Trustee
Office of the US Trustee
170 North High St
Suite 200
Columbus, Ohio 43215

Frank M. Pees
Chapter 13 Trustee
130 E. Wilson Bridge Rd.
Suite 200
Worthington, OH 43085

Sara Marie Malone
3939 Orchard Ln.
Grove City, OH 43123

Marshall D Cohen
Attorney for Debtor
Marshall D. Cohen Co., LLC
1299 Olentangy River Road
2nd Floor, Suite C
Columbus, OH 43212

                                          /s/ Stephen T. Wolfe
                                          Stephen T. Wolfe (0083894)